IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RYAN LOWERY, | : | Case No. 3:10-cv-427 |
| Plaintiff, | | District Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael J. Newman |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATION (DOC. #25) IN ITS ENTIRETY; GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 406(B) (DOC. #24)**

The Court has reviewed the February 8, 2013 Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #25), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff's unopposed motion for attorney's fees under 42 U.S.C. § 406(b) (Doc. #24) is **GRANTED**, and Plaintiff's counsel is **AWARDED** the sum of $10,262.75 in attorney's fees;

2. Plaintiff's counsel is **ORDERED** to pay the attorney's fees previously awarded under the Equal Access to Justice Act, 28 U.S.C.§ 2412(d) (*see* Doc. #23), to her client;

3. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

DATE: 3-6-13

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT